2609 Clerk of the Court
United States District Court
601 Market Street
Philadelphia, PA 19106



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
2:24-CV-01080-PSD

| ARTHUR O. ARMSTRONG, | ) | 42 U.S.C.S. 1983 |
|---|---|---|
| | .) | |
| Plaintiff, | ) | DEFAMATION OF CHARACTER |
| | ) | |
| vs.. | ) | |
| | ) | COMPLAINT |
| STATE OF CALIFORNIA, | ) | |
| POLK, SHEER & PROBER LAW, | ) | |
| | ) | |
| Defendants. | .. ) | |

Plaintiff alleges and says:

1.    Plaintiff resides at 8113 Pleasant Hill Road, Elm City, NC 27822.

2.    On November 10, 1997, appellee failed to conform to the requirements of the federal constitution and laws of the United States when appellee acted with reckless indifference and wanton disregards for the truth or falsity and the rights of plaintiff and others when appellee, without probable cause, acted with including but not limited to: arbitrariness, capriciousness, malice, fraud, trickery, deception, RICO. conspiracy, racketeering, defamation, pattern of racketeering activity, falsity, highway robbery, extortion, distortion and gross negligence when appellee maliciously prepared and composed of and concerning the appellant the following communication to the United States Bankruptcy Court for the Middle District of North Carolina, No: 97-14739. appellant has a secured loan balance of $7,773.74; such writing contained the false and defamatory information; appellant has a secured loan balance of $7,773.74. The derogatory matter was delivered by such person to be read by such person and diverse other persons.

3.    In the making of the derogatory matter, appellee intended it to mean that the appellant has abused his loan privileges and has not enough money to proceed in the bankruptcy court to protect his property.

4.    The defamatory matter was calculated to cause and did cause great injury to the appellant and

his reputation in that appellant's house was sold without due process of law in violation of the Fourteenth Amendment to the Constitution of the United States.

5.   Appellant has always enjoyed a good reputation for honesty, uprightness of character and truthfulness.

6.       That the conduct complained of was engaged in under color of state law and that such conduct subject the plaintiff of the deprivation of rights, privileges and amenities secured by the federal constitution and laws of the United States.

7, 8.       As a direct and proximate result of the defendant's action, plaintiff suffered continuing injuries, including but not limited to: mental distress, psychic injury, mental anguish, humiliation, harassment, intimidation and injury to his reputation. I pray for judgment in the sum of $50,000,000.00.

WHEREFORE, plaintiff prays for judgment in the sum of $50,000,000.00 under 42 U.S.C.S. 1983 Civil Rights Act as follows:

1.       Punitive damages in the sum of $50,000,000.00 - 42 U.S.C.S. Civil Rights Act

2.       Intangible harm

3.       Attorney fees under 42 U.S.C.S. 1988 - Attorney Awards Act; or as a component od punitive damages.

4.       Costs and Expenses of this action and such other and further relief as the Court deems just and proper.

Respectfully submitted this the 4th day of August, 2020.

August 4, 2020                                          Arthur O. Armstrong, Plaintiff
                                                        8113 Pleasant Hill Road
                                                        Elm City, NC 27822 27822
                                                        252-236-7912

## VERIFICATION

I, Arthur O. Armstrong, being first duly sworn, deposes and says that he is the Plaintiff in the

foregoing matter and that the allegations set forth in the Complaint are true and correct to the best of his knowledge and belief except for those allegations set forth on information and belief and as to those allegations he believes them to be true.

August 4, 2020

———————————————————
Arthur O. Armstrong, Plaintiff
8113 Pleasant Hill Road
Elm City, NC 27822
252-236-7912

## AFFIDAVIT OF ARTHUR O. ARMSTRONG

    I swear under penalty of perjury under United States law that the within and foregoing statements set forth in the verification are true and correct (28 U.S.C.S. 1746.).

August 4, 2020

———————————————————
Arthur O. Armstrong, Plaintiff



OF COUNSEL:

ARTHUR O. ARMSTRONG, PRO SE

8113 PLEASANT HILL ROAD

ELM CITY, NORTH CAROLINA 27822

U.S.P.S.
X-RAY

RECEIVED
MAY - 3 2024

TO: